IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 11-10082 |
| ) | |
| CHARLES W. POLLOCK, JR., ) | VIO: 18 U.S.C. §922(g) and |
| ) | §1512(b)(2)(c) |
| Defendant. ) | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
(Felon in Possession of Firearms)

In or about June and July 2011, in Knox County, in the Central District of Illinois, the defendant,

**CHARLES W. POLLOCK, JR.,**

did knowingly possess firearms: (1) Winchester 12 gauge pump shotgun, serial number 61166; (2) Winchester .22 caliber short rifle, serial number 226108; (3) Winchester .22 caliber short rifle, serial number 292140; (4) Smith and Wesson .38 caliber revolver, serial number V164395; (5) Colt .38 caliber pistol, serial number 189457; (6) Colt .32 caliber automatic pistol, serial number 347044; (7) Colt .32 caliber automatic pistol, serial number 346815; (8) Essex Arms .45 caliber semi-automatic pistol, serial number 71010; and (9) Colt .45 caliber revolver, serial number 37684 all of which had previously

traveled in interstate commerce, the defendant having been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

## COUNT 2
### (Possession of Ammunition by a Felon)

In or about June and July 2011, in Knox County, in the Central District of Illinois, the defendant,

**CHARLES W. POLLOCK, JR.,**

did knowingly possess ammunition, 7.62x39mm rifle rounds, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

## COUNT 3
### (Attempt to Tamper with a Witness by Corrupt Persuasion)

In or about February of 2012, in Knox County, in the Central District of Illinois, the defendant,

**CHARLES W. POLLOCK, JR.,**

did knowingly attempt to corruptly persuade Todd Clayes by writing a letter with the intent to cause and induce Todd Clayes to evade legal process summoning him to appear as a witness in an official proceeding, namely the trial in *United States v. Pollock*,

Case No. 11-CR-10082 in violation of Title 18, United States Code, Section 1512 (b)(2)(c).

A True Bill,

s/ Foreperson

_____
**Foreperson**

s/ T. Chambers

_____
**JAMES A. LEWIS**
UNITED STATES ATTORNEY
KTC/ksr