## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## KNOX COUNTY

Case #                         CF/CM

The People of the State of Illinois

Clerks Search Warrant Number: 11SW42

Vs                              }

Charles W. Pollock, Jr.-M/W
DOB:        -64

Victoria, Knox County, Il 61485

### COMPLAINT FOR SEARCH WARRANT

Now come the undersigned affiant **Det. Carl Kraemer**, and state that as reasonable cause to believe that the instruments, articles and things as follows : black cloth zip[per case], wallet, driver's license, social security card, FOID, Tompkins State Bank checks and debit card and miscellaneous items belonging to Kim Bowyer (female, white, DOB /72), and unknown ma[le ___ ___] and any and all firearms and ammunition, constitutes evidence of, or having been used [in comm]ission of the offense of aggravated kidnapping, aggravated criminal sexual assault, un[lawful ___] , domestic battery, violation of FOID Act and criminal trespass to vehicle.

The affiant believes that the foregoing instruments, articles and things are located at , Victoria, Knox County IL. 61485 or on the [person] of Charles W. Pollock, Male, White, DOB 19, or within any and all garages or outbuildings at the above listed address.

In support of the foregoing affiant stated the following facts:
On 07/10/11 Knox County Sheriff's Department received a complaint from Kim Bowyer reporting Charles Pollock left her stranded [on the ro]adway after an argument. Upon return to his residence, her vehicle was gone and she reported it stolen. [Later] that day, Bowyer located her truck in the 1500 block of Knox Highway 28 near Lappin Bridge after rece[iv]ing texts from Pollock revealing where the truck was located. At the time of recovery there was several thousands of dollars worth of damage done to the truck. Bowyer's purse and wallet were not recovered with the truck.

On 07/16/11 Williamsfield Police and the Knox County Sheriff's Department received a call that Pollock had forcibly taken Bowyer from her porch and restrained her at his residence against her will. Deputies responded to his residence and saw them inside. At one point Pollock walked to the window where Deputies were standing outside and closed the curtains. Pollock would not answer the door despite repeated attempts by Deputies knocking and announcing themselves. Bowyer provided a voluntary written statement to the Knox County Sheriff's Department that Pollock forced her to engage in sexual activity while she was held against her will. Pollock made threats against her family and her if she did not comply with his demands. She did not think she would come home alive. Bowyer also provided the Williamsfield Police Department a voluntary written statement. Bowyer stated toward the end of that same night he asked her what she thought about going to his garage, where they would put their heads together and he would pull the trigger on his .45 cal pistol to end their lives together. Pollock told her he had nothing left to live for.



**EXHIBIT 1**

Pollock - 000194    192

Pollock has a revoked FOID card. Pollock has been arrested three times with one conviction for assault, one time with two convictions for obscenity, two arrests with no convictions for obstructing justice and one arrest with no convictions for public peace. Pollock's last arrest was for domestic battery on September 11, 2010. At this time Pollock has a warrant for his arrest for criminal trespass to vehicles with a $5000 / 10% bond and a warrant for aggravated kidnapping and other charges with a $300,000 / 10% bond.

In 2008 Pollock threatened to kill his neighbor and the neighbor's family. In 2011 Pollock threatened to kill Bowyer, her mother and her daughters. Bowyer told Police that Pollock has multiple guns hidden in the garage that were previously removed by law enforcement in 2009.

Bowyer stated that on a Sunday in late June 2011 Pollock had her help him remove guns from his mother's residence. He had her carry two brown cloth zippered long gun cases in which she believed contained long guns. He carried multiple closed shoe boxes in which she believed contained pistols and ammunition. She does not know exactly where at the residence they were stored, but she is aware of cubby holes built into a wall of the garage.

Based on Pollock's documented history of threats, violence, and Bowyer's report of Pollock having and threatening to use firearms at his residence, I request this honorable court to issue a no-knock search warrant.

    WHEREFORE the affiant requests the issuance of a warrant to search the above premises, vehicle(s) or person(s).
    The affiant, being sworn, says that the matters and facts stated in the complaint are true of his own knowledge, except those matters therein upon information and belief and as to those matters he believes them to be true.

_____ #840
Affiant

I have read the foregoing complaint and I approve the issuance of a Search Warrant.

_____
State's Attorney

Subscribed and sworn to before me this ___21___ day of ___July___, 20_11_.

_____
Notary

_____
Judge

*(court original)*

F I L E D
KNOX CO., IL

JUL 2 1 2011

KELLY CHESS, C.J.
Clerk of the Circuit Court
_____Deputy

Pollock - 000195   193

COPY

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## KNOX COUNTY

| | |
|---|---|
| The People of the State of Illinois | Case #        CF/CM |
| Vs } | Clerks Search Warrant Number: 11SW42 |

Charles W. Pollock, Jr.-M/W
DOB:    /-64

Victoria, Knox County, Il 61485

## SEARCH WARRANT

### TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS

Upon the sworn complaint of **Det. Carl Kraemer**, I find sufficient facts to show probable cause to issue a warrant to search the premises at            , **Victoria, Knox County, IL. 61485** (and/or) the person(s) of **Charles W. Pollock, Jr. – M/W, DOB    /64** (and/or) object being **any and all outbuildings at the above listed address.**

I, now, therefore command you to search the foregoing premises, vehicle(s) or person(s) and seize the instruments, articles and things listed as follows: : **black cloth zippered purse, wallet, driver's license, social security card, FOID, Tompkins State Bank checks and debit card, and miscellaneous items belonging to Kim Bowyer (female, white, DOB    /72),and unknown make .45cal pistol, and any and all firearms and ammunition.**

Which have been used in the commission or constitute evidence of the offense of: **aggravated kidnaping, aggravated criminal sexual assualt, unlawful restraint, domestic battery, violation of FOID Act and criminal trespass to vehicle.**

*The Court authors a no-knock search.*

You are further commanded to make a return to me or any Court of competent jurisdiction with an inventory of the instruments, articles and things seized, if any.

Your authority to execute this warrant shall expire 96 hours after 11:40 AM/PM, July 21, 2011.

_____
Judge

FILED
KNOX CO., IL
JUL 2 , 2011
KELLY CHEESMAN
Clerk of the Circuit Court
_____ Deputy

*(court original)*

EXHIBIT 2

Pollock - 000193   191

# Switch : NTI

Time Frame - 20110709 to 20110725

| Start Date | Connect Time | Duration (Sec) | Orig Number | Dialed Digits | Called Number | Call Type | AN | 3W | CW | CF | MS | Switch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/2011 | 17:12:26 | 000003 | 3092215071 | 3092216484 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 20:29:43 | 000003 | 3092216484 | 3092212467 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 20:30:59 | 000011 | 3092216484 | 3093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/09/2011 | 20:44:06 | 000026 | 3092216484 | 13092994605 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:06:46 | 000025 | 3093680901 | 3092216484 | 3092329090 | L-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:18:50 | 000002 | 3092994605 | 3092216484 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:20:00 | 000003 | 3092994605 | 3092216484 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:20:18 | 000005 | 3093680901 | 3092216484 | 3092329090 | L-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:20:40 | 000039 | 3093680901 | 3092216484 | 3092329090 | L-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 21:21:56 | 000027 | 3093680901 | 3092216484 | 3092329090 | L-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 22:06:32 | 000024 | 8705800580 | 3092216484 | 3092329090 | L-L | Y | N | N | Y | N | peo2 |
| 07/09/2011 | 23:36:12 | 000073 | 3092216484 | 3092216484 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/10/2011 | 03:02:57 | 000241 | 3092216484 | 911 | 911 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:09:04 | 000045 | 3093453721 | 3092216484 | 3092216484 | L-M | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:20:11 | | 3092216484 | 673680901 | 673680901 | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:20:33 | | 3092216484 | 673093680901 | 673093680901 | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:20:54 | | 3092216484 | 693093680901 | 693093680901 | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:21:12 | | 3092216484 | 673680901 | | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:21:24 | 000039 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:37:41 | 000038 | 3092216484 | 911 | 911 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:40:42 | 000184 | 3093682417 | 3092216484 | 3092216484 | L-M | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:48:17 | | 3092216484 | 673680901 | | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:48:40 | | 3092216484 | 673093680901 | 673093680901 | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:49:19 | | 3092216484 | 673093680901 | 673093680901 | ??? | N | N | N | N | N | peo2 |
| 07/10/2011 | 03:49:44 | 000046 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 03:54:48 | 000003 | 3092216484 | 3092212467 | 3092329090 | M-L | Y | N | N | Y | N | peo2 |
| 07/10/2011 | 08:30:41 | 000040 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:35:15 | 000060 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:50:08 | 000040 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:51:33 | 000039 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:54:34 | 000078 | 3092216484 | 18884653834 | 8884653834 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:56:14 | 000011 | 3092216484 | 18003833000 | 18003833000 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:56:45 | 000112 | 3092216484 | 18884653834 | 8884653834 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 08:58:58 | 000154 | 3092216484 | 18003838000 | 18003838000 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:02:20 | 000432 | 3092216484 | 911 | 911 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:16:23 | | 3092216484 | 19413489001 | 9413489001 | M-L | N | N | N | N | N | peo2 |
| 07/10/2011 | 09:20:54 | 000108 | 3092216484 | 18156464287 | 8156464287 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:22:43 | 000464 | 3093372670 | 3092216484 | 3092216484 | L-M | Y | N | Y | N | N | peo2 |
| 07/10/2011 | 09:30:56 | 000003 | 3092216484 | 673093680901 | 3093680901 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:38:24 | | 3092216484 | 13098790091 | 3098790091 | M-L | N | N | N | N | N | peo2 |
| 07/10/2011 | 09:51:37 | 000047 | 3092216484 | 13098793276 | 3098793276 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:52:51 | 000028 | 3092216484 | 13098793276 | 3098793276 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:53:30 | 000091 | 3092216484 | 13098793276 | 3098793276 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 09:55:18 | 000277 | 3092216484 | 13098793276 | 3098793276 | M-L | Y | N | N | N | N | peo2 |
| 07/10/2011 | 10:00:34 | 000013 | 3092216484 | 13098793276 | 3098793276 | M-L | Y | N | N | N | N | peo2 |