STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
KNOX COUNTY

The People of the State of Illinois

Vs }

Charles W. Pollock, Jr. - M/W
DOB  /64

, Knox County, IL 61485

Case #                    CF/CM
_____

Clerks Search Warrant Number: 11SW43



## COMPLAINT FOR SEARCH WARRANT

Now come the undersigned affiant Det. Carl Kraemer, and states that he has reasonable cause to believe that the instruments, articles and things as follows black cloth zippered purse, wallet, driver's license, social security card, FOID, Tompkins State Bank checks and debit card, and miscellaeous items belonging to Kim Bowyer (female, white, DOB      /72), and firearms and ammunition, constitutes evidence of, or having been used in the commission of the offense of aggravated kidnapping, aggravated criminal sexual assault, unlawful restraint, domestic battery, violation of FOID Act and criminal trespass to vehicle.

The affiant believes that the foregoing instruments, articles and things are located at
Victoria, Knox County, IL 61485 or on the person(s)
of        or within any and all vehicles on the above listed property.

In support of the foregoing, your affiant stated the following facts:
Search warrant 11SW42 was issued and executed on 07/21/11. Items to be seized included firearms and ammunition. As previously sworn and testified to by affiant, Kim Bowyer reported she was present when Pollock removed from his mother's residence what she believed to be guns inside several shoe boxes. During the search several empty shoe boxes were located but no guns were found. 16 rounds of ammunition were recovered from the upstairs bedroom and are listed on the search warrant return. Approximately 50 junk vehicles are on the property and were not included in search warrant 11SW42.

On 07/25/11 phone calls made by Pollock from the jail were monitored. The Securus call platform advises all users the call is from a Knox County Jail inmate and that all calls are subject to recording and monitoring.

In a recorded call made by Pollock to his mother on 07/23/11 at 1655hrs, she asked him what he did with the things he took back from her residence. Pollock replied that a Todd Claeys was supposed to get all that. She asked if he wanted them brought back to her residence. He said he planned to have Claeys take them to Al's Sporting Goods to be auctioned off.

In a recorded call made by Pollock to Claeys on 07/23/11 at 1802hrs, Pollock asked him if he took care of that stuff for him yet. Claeys replied not yet. Pollock said he needed it done ASAP and empasized its importance to him to be taken care of immediately. He said not to worry about anyone being out there.



EXHIBIT
1 (1 of 2)



Pollock instructed Claeys to pry open the trunk if he had to. He said to used a hammer to pop the trunk lock or to break out a window and fold down the back seat to gain access.

In a recorded call made by Pollock to Claeys on 07/23/11 at 2132hrs, Pollock asked if he got his stereo yet. Claeys replied absolutely and that it kicks ass and was the best stereo he ever had. Pollock said he would put Claeys in touch with his mother about getting his stuff back to her.

Based on the information obtained, it is believed Pollock secured his firearms and ammuntion in the trunk of a vehicle on the premises. It is unkown if the stereo is a reference to them or if they have been recovered.

    WHEREFORE the affiant requests the issuance of a warrant to search the above premises, vehicle(s) or person(s).
    The affiant, being sworn, says that the matters and facts stated in the complaint are true of his own knowledge, except those matters therein upon information and belief and as to those matters he believes them to be true.

_____
Affiant

I have read the foregoing complaint and I approve the issuance of a Search Warrant.

_____
Ass. State's Attorney

Subscribed and sworn to before me this 25 day of July, 2011.

_____
Notary

_____
Judge

*(court original)*

EXHIBIT 1 (2 of 2)

Pollock - 000200   198







EXHIBIT 4

