**E-FILED**
Thursday, 17 January, 2013 12:18:25 PM
Clerk, U.S. District Court, ILCD

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST

USA vs. Charles Pollock — CASE NO. 11-10082

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES | | |
|---|---|---|---|---|---|---|---|
| SWA1 | | 1/16/13 | 1/16 | 1/16 | Search Warrant | Kramer | no obj |
| SWA2 | | 1/16/13 | 1/16 | 1/16 | Knox County Incident Report 110003697-00 | " | no obj |
| SWA3 | | 1/16/13 | 1/16 | 1/16 | Knox County Incident Report - 110003704-00 | " | no obj |
| SWA4 | | 1/16/13 | 1/16 | 1/16 | Knox County Incident Report - 110003563-00 | " | no obj |
| SWA5 | | 1/16/13 | 1/16 | 1/16 | Knox County Incident Report - 080000854-00 | " | no obj |
| SWA6 | | 1/16/13 | 1/16 | 1/16 | 11-CF-307 Information | " | no obj |
| SWA7 | | 1/16/13 | 1/16 | 1/16 | 11-CM-536 Criminal Complaint | " | no obj |
| SWB1 | | 1/16/13 | 1/16 | 1/16 | Search Warrant | " | no obj |
| SWB3 | | 1/16/13 | 1/16 | 1/16 | Google Earth images of Charles Pollock's property | " | no obj |
| SWB4 | | 1/16/13 | 1/16 | 1/16 | Photos of vehicles on Charles Pollock's property | " | no obj |
| SWB5 | | 1/16/13 | 1/16 | 1/16 | Video of Charles Pollock's property | " | no obj |