E-FILED
Friday, 08 February, 2013 02:33:24 PM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

**CHARLES W. POLLOCK, JR.**

Guilty of the charge of Felon in Possession of Firearms as alleged in Count One of the Indictment.

s/foreperson

Foreperson

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

We the jury find the defendant,

**CHARLES W. POLLOCK, JR.**

Guilty of the charge of Possession of Ammunition by a Felon as alleged in Count Two of the Indictment.

s/foreperson

Foreperson

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

We the jury find the defendant,

**CHARLES W. POLLOCK, JR.**

Guilty of the charge of Attempt to Tamper with a Witness by Corrupt Persuasion as alleged in Count Three of the Indictment.

s/foreperson

Foreperson

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror